# CITY COURT OF THE TOWN OF MARKSVILLE
## (SECOND WARD)

### SUIT NO. 2019-229

LAFARGUE, DAVID E

VS. 2019-229

TRANSAMERICA LIFE INSURANCE CO

SERVED ON
R. KYLE ARDOIN

APR 26 2019

SECRETARY OF STATE
COMMERCIAL DIVISION

TO: TRANSAMERICA LIFE INSURANCE CO
THROUGH S.O.S
8585 ARCHIVES AVE
BATON ROUGE, LA 70809

YOU ARE HEREBY notified that the following demand has been filed against you in the Court by the above named Plaintiff, to-wit:

In writing contained in the Petition of **DAVID E LAFARGUE VS. TRANSAMERICA LIFE INSURANCE CO.** A copy of which accompanies this Citation. As per sworn, itemized statement and other documents filed herein and made a part of this citation as fully as if copied herein amicable demand together with interest and costs of court.

You are hereby summoned and cited, within ten (10) days from service hereof, to comply with the demand of the plaintiff against you herein or state your answer to the demand to the clerk of this City Court, holding session in the City Court Annex Building 427 North Washington Street, Marksville, Louisiana you will either comply with the demand contained in the attached petition or make in aforesaid court within the delay above expressed.

HEREIN FAIL NOT or judgment will be rendered against you with interest and cost. Witness the Honorable Angelo J. Piazza, III Judge of said court, this 9th day of April, 2019.

_____
CIVIL CLERK

************************************************************************

## RETURN SERVICE

### (PERSONAL SERVICE)

Received the above citation on _____ day of _____, 2019, served said citation on _____ day of _____, 2019 in person on the above named individual TRANSAMERICA LIFE INSURANCE CO.

_____
ADDRESS AND PARISH

_____
DEPUTY SHERIFF

### (DOMICILIARY SERVICE)

Received the above citation on _____ day of _____, 2019, served said citation on _____ day of _____, 2019 in person on the above named individual's domicile with (Name, Address, & Parish)

A PERSON APPARENTLY ABOVE THE AGE OF SIXTEEN YEARS RESIDING AT THE SAID DOMICILE AS A MEMBER THEREOF FROM WHICH AT THE TIME OF SAID SERVICE, THE ABOVE NAME INDIVIDUAL WAS ABSENT.

_____
DEPUTY SHERIFF

This certifies that the foregoing is a true copy of the original signed and filed this ___ day of ____, 20__

_____
Clerk, Marksville City Court Ward 2
Angelo J. Piazza, III
Judge, Presiding

**EXHIBIT "A"**

SUIT # 2019-229

**DAVID E. LAFARGUE**                      **MARKSVILLE CITY COURT**

**VS.**                                     **PARISH OF AVOYELLES**

**TRANSAMERICA LIFE INSURANCE CO.**         **STATE OF LOUISIANA**

## PETITION

**NOW INTO COURT,** through undersigned counsel, comes petitioner, DAVID E. LAFARGUE, resident and domiciliary of Marksville, Avoyelles Parish, Louisiana, who with respect represents:

1.

Named defendant herein is TRANSAMERICA LIFE INSURANCE COMPANY (hereinafter "TRANSAMERICA"), a foreign insurance company, authorized to and doing business in Marksville, Avoyelles Parish, Louisiana, who may be served through the Louisiana Secretary of State.

2.

Petitioner shows that in June of 1996, a licenced representative of Life Investors Insurance Company of America solicited and sold a cancer insurance policy to him in Marksville, Louisiana where he was an employee of the Avoyelles Parish Police Jury

3.

Petitioner shows that Life Investors was later merged into defendant TRANSAMERICA, the latter of whom agreed to honor all aspects of the contract of insurance issued by Life Investors.

4.

Petitioner paid premiums for approximately twenty-two (22) years before he was advised that he had cancer and as a result thereof, filed a claim with the defendant herein for benefits under the cancer policy.

5.

After a positive finding of colon cancer, petitioner underwent a Subtotal Colectomy with end-to-side, hand-sewn ileosigmoid anastomosis on March 14, 2018 at M.D. Anderson Cancer Center in Houston, Texas.

6.

Petitioner was thereafter discharged from the hospital on March 21, 2018 at 3:54pm and

This certifies that the foregoing is a true Copy of the original signed and filed this \_\_ day of \_\_ 20\_\_

Clerk, Marksville City Court Ward 2
Angelo J. Piazza, III
Judge, Presiding

readmitted approximately 3:00am on March 22, 2018, less than 12 hours later.

7.

On this last admission, petitioner underwent an exploratory laparotomy, resection of the previous (March 14, 2018) ileorectal anastomosis, and the creation of a rectosigmoid mucous fistula.

8.

The operative findings included the fact that there was a leakage at the ileosigmoid anastomosis performed on March 14, 2018 to remove the cancerous portion of the colon.

9.

Petitioner submitted a proof of claim to the defendant along with the medical records from M.D. Anderson for the months of February, March, and April of 2018, containing 833 pages, detailing all operations performed and the findings therein.

10.

Defendant responded by paying some benefits that were due for only the period between March 14, 2018 and March 21, 2018 and not for the hospitalization beginning March 22, 2018, ultimately stating:

> **"The medical records indicated that this hospital confinement was due to abdominal pain and hypotension and was not for the treatment of cancer."**

11.

Petitioner avers that his hospitalization and the procedures he underwent from March 22, 2018 through April 4, 2018 was a continuation of the treatment for his cancer pursuant to a Subtotal Colectomy with ileosigmoid anastomosis.

12.

Petitioner avers that the policy described above is ambiguous with respect to coverage for cancer treatment as evidenced by the defendants interpretation in this case and the quote set forth above.

13.

Petitioner further avers that defendants' failure to pay hospitalization, lodging and ambulance benefits under its policy is not only unreasonable, but also arbitrary and capricious, entitling him to an award for penalties and attorney's fees pursuant to La. R.S. 22:1821 and other laws of this state.

**WHEREFORE,** petitioner prays that the defendant be duly cited to appear and answer this petition, and after due proceedings are had, there be a judgment in petitioners favor and against the defendant:

1. For all benefits due under the policy issued by defendant, together with penalties and attorneys fees as provided by law;

2. For legal interest on all sums due from the date of judicial demand, until paid, and all cost of the proceedings; and

3. For all other equitable relief as this case may present.

RESPECTFULLY SUBMITTED
THE GASPARD LAW FIRM

BY: _____
JONATHAN T. GASPARD
ATTORNEY AT LAW
BAR ROLL # 27474
313 NORTH MAIN STREET
P.O. BOX 546
MARKSVILLE, LOUISIANA 71351
PHONE    318-240-7329
FAX      318-253-7522

RESPECTFULLY SUBMITTED:

BY: _____
MAXWELL BORDELON, JR.
ATTORNEY AT LAW
BAR ROLL # 03249
MARKSVILLE, LA 71351
(318) 253-6227

**ATTORNEYS FOR DAVID E. LAFARGUE**

**PLEASE SERVE:**

Transamerica Life Insurance Company
through the Louisiana Secretary of State